# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142011

In re DONALD K. EGELUS LIVING TRUST

_____

DONALD K. EGELUS LIVING TRUST,
SUSAN K. EGELUS, f/k/a SUSAN K. MIEL,
and RICK K. EGELUS, as Co-Trustees of the
Donald K. Egelus Living Trust,
         Plaintiffs-Appellees,

v

ALICE L. EGELUS LIVING TRUST and
ALICE L. EGELUS, Individually,
         Defendants-Appellants.

SC: 142011
COA: 292020
Wexford CC: 2008-006161-CZ

_____/

On order of the Court, the application for leave to appeal the September 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

0228